The People of the State of New York ex rel. Joseph P. Hock, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

George F. Bessler, Appellant, v. Clarence H. Venner, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Bernard Wessels, Respondent, v. George W. Linch, as Receiver of the Second Avenue Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ. (McLaughlin and Scott, JJ., dissented on *Woodward* v. *New York Railways Co.*, 164 App. Div. 658.)

Post & McCord, Appellant, Respondent, v. The City of New York, Respondent, Appellant, Impleaded with The New York State Construction Company, Respondent. Vulcan Rail and Construction Company, Appellant, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ. (Ingraham, P. J., and Hotchkiss, J., dissented, so far as the decision sustains the assignment made to the Coal and Iron National Bank upon the ground that that assignment was made by the New York State Construction Company with intent to create a preference.)*

Luigi Garbarini, Respondent, v. Moisant International Aviators, Inc., Appellant.—Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Phoebe Nusbaum, as Administratrix, etc., Appellant, v. Terry & Tench Company and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Lillie J. Eichler, as Administratrix, etc., Appellant, v. August Fischer, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

John Damers and Another, Composing the Firm, etc., Appellants, v. George G. Barker, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

John W. Simpson and Others, Respondents, v. Edmund K. Stallo, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

---

* See Stock Corp. Law (Consol. Laws, chap. 59; Laws of 1909, chap. 61), § 66.— [Rep.